[No. 23078–6–I.  Division One.  March 26, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINARD DAVIS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 87–1–01080–0, Dennis J. Britt, J., entered October 14, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Winsor, JJ.

[No. 23404–8–I.  Division One.  March 26, 1990.]

DONALD S. HILL, *Plaintiff*, v. HOME INDEMNITY COMPANY, *Defendant*.

DONALD S. HILL, *Appellant*, v. FIRST SECURITY REALTY SERVICES, *Defendant*, AETNA INSURANCE COMPANY, *Respondent*.

Appeal from judgments of the Superior Court for King County, Nos. 86–2–15728–0, 86–2–16421–9, 88–2–07794–1, James D. McCutcheon, Jr., J., entered November 18, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Forrest, J., and Thibodeau, J. Pro Tem.

[No. 23228–2–I.  Division One.  March 26, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–00123–1, Charles V. Johnson, J., entered November 8, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Pekelis and Winsor, JJ.